UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Baudelaire K. Ulysse, et al.
                       Plaintiff,

v.                                              Case No.: 1:18−cv−08485
                                                   Honorable Andrea R. Wood

Axiom St Charles, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 26, 2019:

       MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. Counsel for Defendants, counsel for Plaintiff, and Plaintiff Baudelaire K. Ulysse appeared. Pursuant to the discussion held in open court and for the reasons stated on the record, Defendants' motion for leave to file response to Plaintiffs' complaint nunc pro tunc [27] is granted in part. The Court deems Defendants' motion to dismiss [23] as timely filed and continues the motion to the next status hearing. Status hearing set for 7/18/2019 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.