UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BAUDELAIRE K. ULYSSE, <br> L.S.U., and <br> A.V.U, <br>                 Plaintiffs, <br>   v. <br><br> AXIOM ST. CHARLES, <br> PRAIRIE POINTE MANAGEMENT, and <br> JESSICA HAGENDORN, <br><br>                 Defendants. | Civil Action No. 1:18-cv-08485 <br><br> Hon. Steven C. Seeger |

**<u>UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT BY MINORS</u>**

NOW COME the Plaintiffs, by and through their attorneys, Katten Muchin Rosenman LLP, and pursuant to Local Rule 17.1 hereby seek approval of a settlement that has been agreed to by the parties that resolves the claims of two minor Plaintiffs. In support thereof, Plaintiffs state as follows:

1. Plaintiff Baudelaire K. Ulysse has brought this lawsuit on behalf of himself and his two minor children, L.S.U. and A.V.U.

2. These minor Plaintiffs' claims were litigated in conjunction with the claims of their father whose individual claims were also resolved as part of the same settlement agreement.

3. The civil rights claims alleged on behalf of the minors in this matter were violations of 42 U.S.C. §§ 1983, 1985, 1986, and the Fair Housing Act, Sec. 805 [42 U.S.C. 3604].

4. Following extensive settlement discussions between the parties, the parties have reached an agreement to resolve the claims.

5. In view of the foregoing, Plaintiffs respectfully request that the Court approve the settlement reached between Defendants and Plaintiffs, as is required by Local Rule 17.1.

6.      In the event that the Court grants this motion it will result in Plaintiff Baudelaire K. Ulysse receiving, on behalf of himself and his minor children L.S.U. and A.V.U. receiving a total sum of $7,500.

7.      Plaintiffs have prepared a proposed order for the Court's convenience, which is being submitted to this Court's proposed order inbox.

8.      Defendants have advised that they are unopposed to the relief requested in this Motion.

WHEREFORE, in view of the foregoing, Plaintiffs respectfully request that this honorable Court grant Plaintiffs' motion and enter an order approving the proposed settlement of the minors' claims.

Dated: October 17, 2019

By:   */s/ John P. Sieger*
          One of Their Attorneys

John P. Sieger
Christopher T. Vazquez
Allison E. Yager
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
Tel: 312.902.5200
john.sieger@katten.com
christopher.vazquez@katten.com
allison.yager@katten.com

*Counsel for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

      I, Allison E. Yager, an attorney, hereby certify that, on October 17, 2019, a true and correct copy of the foregoing *Unopposed Motion for Approval of Settlement by Minors* was served via ECF on all parties who have appeared in this case or have otherwise requested notice.

                                        */s/ Allison E. Yager*