**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division**

Baudelaire K. Ulysse, et al.
                              Plaintiff,

v.                                                      Case No.: 1:18−cv−08485
                                                      Honorable Steven C. Seeger

Axiom St Charles, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 23, 2019:

      MINUTE entry before the Honorable Steven C. Seeger: Status hearing held on October 23, 2019. Counsel discussed the Initial Status Report for Reassigned Case. The parties have settled. The Court grants the Unopposed Motion for Approval of Settlement by Minors (Dckt. No. [55]).Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.