UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Baudelaire K. Ulysse, et al.
                              Plaintiff,

v.                                              Case No.: 1:18−cv−08485
                                                         Honorable Steven C. Seeger

Axiom St Charles, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 7, 2019:

       MINUTE entry before the Honorable Steven C. Seeger: Pursuant to the stipulation of voluntary dismissal (Dckt. No. [58]), this case is dismissed with prejudice. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.